United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Falisha Bell, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 16-23351-Civ-Scola |
| Doyon Security Services, LLC and | ) |
| Michelle Jones, Defendants. | ) |

### Order Denying Motion for Reconsideration

This matter was dismissed by the Court with prejudice on April 10, 2017 (ECF No. 69) following the filing of the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (ECF No. 68). After the dismissal, Falisha Bell filed a motion to strike the mediated settlement agreement (ECF No. 73). The Court denied the motion, noting that the Court had not retained jurisdiction over the matter and that the motion would fail on the merits because Bell signed a settlement agreement after a mediation with a certified mediator (ECF No. 78.)

On May 1, 2017, Bell filed a "Motion Opposing Order," which the Court construes as a motion for reconsideration (ECF No. 79). Once again, the Court notes that it did not retain jurisdiction over this matter. Bell's motion largely restates the arguments that she raised in her motion to strike, and also asserts that the settlement agreement contained a clause stating that, under the Age Discrimination in Employment Act (the "ADEA"), Bell had the right to revoke the waiver of any claims under the ADEA for seven days following the date of the settlement agreement. (Mot. at 1-2, ECF No. 79.) However, the Second Amended Complaint did not assert any claims under the ADEA (ECF No. 50.) Thus, even if the Court were to reach the merits of Bell's motion, it would fail. Accordingly, the Court **denies** Bell's motion for reconsideration (**ECF No. 79**).

**Done and Ordered** in chambers, at Miami, Florida, on June 1, 2017.

_____
Robert N. Scola, Jr.
United States District Judge